Case 1:23-cv-00333-BLW Document 2 Filed 07/19/23 Page 1 of 12

U.S. COURTS
JUL 19 2023
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Raul Mendez
2712 N Goldeneye Way
Meridian, Idaho 83646
Telephone: (208) 871-7237
raulmendez02@yahoo.com
Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

RAUL MENDEZ,

    Plaintiff,

Vs.

SONY COMPUTER ENTERTAINMENT
AMERICA LLC.

    Defendant.

Case No.

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW RAUL MENDEZ, plaintiff pro se and for cause of action against the above-named defendant does complain and alleges as follows:

## NATURE OF THE CASE

1) Mendez seeks damages afforded to him for violations under the Idaho Consumer Protection Act. IC 48-603.

2) Mendez seeks damages for Defendant's Fraud.

3) Mendez seeks damages for Defendant's breaching the contract and Implied Covenant of Good Faith and Fair Dealing.

4) Mendez seeks damages for Defendant's Unjust Enrichment.

5) Mendez seeks damages for Intentional Infliction of emotional distress.

## PARTIES

6) At all times relevant herein, Mendez was, and is an adult individual and a citizen of the United States who has resided in Ada County.

7) Sony Computer Entertainment America LLC. Is otherwise known as Sony PlayStation in the gaming industry with principal place of business in San Mateo, CA. The Idaho Secretary of State does not have a registered place of business for SCEA in Idaho.

## JURISDICTION AND AVENUE

8) The Court has jurisdiction of this matter under the diversity of citizenship status as the amount in question exceeds 75,000 per 28 USC 1332.

## FACTS COMMON TO ALL CAUSES OF ACTION

9) Sony PlayStation has a notable history of multiple lawsuits both across the United States and across the world for abusive consumer practices.

10) Mendez has been a loyal gamer patronizing PlayStation products and services for many years since the launch of the original PlayStation 1.

11) Mendez set up an account with PlayStation in order to purchase digital content thru the PlayStation store around August 2015. Consumers can either buy games 'physically' or 'digitally.' Digital games a usually cheaper and therefore Sony incentives consumers to purchase games on its PlayStation store.

12) Digital content can only be purchased thru the official PlayStation store. Mendez purchased 580 digital content, although some of them included additional content like 'cross-buy' which entitles gamers to versions of different consoles. Mendez purchases are for Sony's handheld PSP and PS Vita.

13) Sony PlayStation lawsuits include allegations that Sony employ "substandard and ineffective electronic security measures" or "deficient IT software" due to economic business decisions.

2

14) Sony PlayStation updated the software for their PlayStation store about 6 years ago. That update removed Mendez PSP and PSVita from the account but it did not remove any digital content.

15) Sometime at the start of October 2020, Sony PlayStation sent an email to different gaming websites informing them about changes to the PlayStation store. Sony did not give such notice to every person registered on their system with having an account. The email sent to the websites indicated that Sony would be making changes to both the desktop and mobile versions of the PlayStation store. Specifically, Sony indicated that on 10/21 the desktop version would remove all PS3, PSP and PS Vita games from the store and the same would be effective for the mobile version on 10/28. However, Sony clearly indicated that the changes would have no impact to digital content already purchased by consumers, and "you will still be able to access all your previously purchased PS3, PSP or PS Vita content as before."

16) On 10/18/2020, Mendez logged into his account and noticed that his devices were again removed. However, this time Sony removed purchased digital content from the list. Specifically, there were 580 downloadable items and Sony left only 42. All the ps1 classics, PSP, and PS vita games were removed along with the additional content included on them. Only a select group that were 'cross-buy' between ps4 and PS vita were left on the list. Mendez had in fact purchased a couple of ps1 games the same week that do not show on the list, but show the charges under the transactions. On 10/18/2020 Mendez contacted Sony thru an email address from previous contacts with support but he got no response.

17) On 10/19/2020, Mendez opened a complaint with the Better Business Bureau (BBB) who mediates disputes between businesses and consumers.

18) On 10/20/2020, Sony responded via the BBB portal by stating that Mendez needed to contact

Chat support.

19) On 10/21/2020, Mendez responded to Sony via the BBB complaint portal noting that he does not have regular internet access and when he tried to access chat there were 35 customers waiting in line. In addition, the libraries have restricted internet use due to COVID. In fact, Sony has indicated that there might be long waiting times for support precisely because of COVID restrictions.

20) On 10/24/2020, Mendez wrote a letter to Sony and send it via certified mail. Mendez indicated on the letter that it was not possible to contact them via chat support due to him not having home internet, the restrictions with the public health crisis, and the long wait times with chat support. Mendez explained the problem and asked if Sony has a way to back up/store those digital contents purchased by customers. Mendez indicated that his certified letter was a formal request for 1) Sony PlayStation to restore his 580 digital items on the downloadable list, and 2) for Sony to provide Mendez with all the invoices for all the purchases made at the PlayStation store. The letter shows as signed and delivered on 10/29/2020.

21) Sony did not reply to Mendez certified letter. On 11/6/2020 Sony indicated on the BBB complaint portal that "customer has not contacted chat support since 2017." Sony has indicated that a resolution was dependent on him contacting chat support.

22) Mendez contacted chat support on 11/13/2020 but there were 168 customers waiting in line and he was not able to reach an agent.

23) Mendez responded to Sony via the BBB portal indicating 1) he has over the years paid and purchased digital content from the PlayStation store with the expectation that it would be available on the account for download at any time, 2) Sony PlayStation has not disclosed at the time of purchase that the content could be removed at any time, 3) Sony has not provided a

legitimate reason for removing the purchased digital content, nor have they restored the content, 4) he wrote a letter to Sony requesting the digital content be restored and copies of all his invoices, 5) he is in good faith attempting to resolve the matter thru BBB mediation.

24) On 12/3/2020, the BBB closed the case noting that Sony did not provide further responses or offered a resolution.

25) On 12/6/2020, Mendez finally was able to reach an agent via Sony's chat support. The agent did not know why the content was removed, refused to restore the content, and refused to provide invoices. Mendez did as instructed by Sony only to be told that there is no resolution.

26) On 12/28/2020, Mendez opened case 1:20-CV-00588-DCN.

27) On 1/8/2021, the federal court entered a litigation order

28) On 2/1/2021, Sony filed a Motion to Compel Arbitration and Stay Proceedings.

29) On 2/22/2021, Mendez filed a response to the Motion to Compel Arbitration.

30) Mendez subsequently filed Motions to Lift the Stay noting that Sony after nearly three years never restored his digital content and the only thing repetitive is that defendant has failed to restore Mendez content consistent with a continuing wrong amounting to a repudiation of the contract. In addition, Judge Nye indicated on DKT 22 that the court can lift the Stay by weighing the "hardship or inequity" to the parties.

31) Mendez also filed an interlocutory appeal which the 9th circuit noted as lacking jurisdiction without citing any legal authority. Mendez pointed on Reconsideration that the US Supreme Court noted the appeal falls under one of the exceptions to the finality rule. Mendez did not file a petition for Writ of Certiorari to the question of appealability.

32) Mendez filed a Motion for Extension of Time on March 20, 2023 because he had not received the 3/2/2023 Order of denial on the Second Motion to Lift the Stay. Mendez held

5

informal conversation with the assigned Law Clerk about his intent to file an appeal but needed a copy of the Order.

33) The 30 day deadline to appeal passed and no decision was made on the Motion for Extension. Mendez had to file a Third Motion to Lift the Stay on 4/20/2023 so that he could file a timely appeal.

34) On 5/5/2023, the district court denied the third Motion for a Lift of the Stay and noted that he would dismiss the case as a sanction. Notably, there is nothing on the record suggesting that other less drastic alternatives were discussed or that even a warning of possibility of dismissal took place. This court never held a hearing. The court provides 30 days to respond but again Mendez did not receive the Order.

35) Mendez did not receive the 3/2/2023 and 5/5/2023 Orders. Mendez was receiving emails of electronic case filing but he can't open the documents because non-attorneys cannot electronically file in the District Court of Idaho. Mendez filed for an extension to file the appeal on 6/5/2023 while still waiting for the Order.

36) On 6/22/2023, the district court denied the Motion for Extension to file the appeal and provided Mendez an additional seven days to show cause why case shouldn't be dismissed.

37) Mendez had until 6/29/2023 to file a response. However, it is undisputed that non-attorneys receive filings via regular mail and FRCP 6(c)(2)(d) provide an additional 3 days....therefore Mendez had until 7/2/2023 but it fell on the weekend....and the time extended to the closing of the Clerk's Office on Monday 7/3/2023 at 4pm per FRCP 6(a)(1)(c). **Exhibit 1 of Declaration.**

38) After failing to consider less drastic alternatives or warn of the possibility of dismissal. Judge Nye just couldn't wait to dismiss Mendez case at exactly 211pm on 7/3/2023 and sanctioned him with a 200 fine to boot. It is a mystery and quite remarkable why this judge



hasn't followed the rules or the law and has shown a punitive nature towards Mendez.

39) Mendez is reopening this case because Sony has not restored his digital content.

40) Judge Nye has made reference to Cooter & Gell v. Hartmarx Corp., 496 U.S. 384, 393 (1990) as legal authority for dismissal sanction. However, a dismissal sanction is not a decision on the merits of a case. **Exhibit 4 of Declaration.**

41) Mendez is not barred from pursuing his claims as his case was not dismissed on the merits. In fact, Judge David Nye the Derek Chauvin of Judges has also: *1:16-CV-00425-DCN/9th Circuit 21-35179* This case was dismissed as a sanction and no opportunity to show cause why case shouldn't be dismissed was ever provided. *1:21-cv-00446-DCN*

Yet. The same court was seeking pre-filing restrictions and an order of vexatious litigant on 3/21/2022. Mendez responded noting among other things that the order indicates findings of frivolousness while at the same time it states Mendez claims have merit, how the district court has not considered other alternatives as mandated under the federal rules of civil procedure.

*1:19-cv-507-DCN/9th circuit 23-35263*

After allowing defendants to file a total of five motions to get the case dismissed, the same court dismissed as a discovery violation.......and without warning and consideration for less drastic alternatives.

42) In addition to the punitive nature in the handling of Mendez cases. Judge Nye indicates that at the US District Court of Idaho Mendez does not enjoy the equal protections under the administrative proceedings afforded by local and state government ordinances. In other words, the US District court of Idaho cares about minorities rights as much as colonizers cared about their colonies, or slave-owners cared about slaves, or the Nazis cared about Jews or KKK cared about civil rights movement.....if Mendez is filing "repetitive" papers it's because his cases are

7

not being decided on their merits or quite simply because this district desires discrimination be legal.

## CAUSES OF ACTION

### A. VIOLATIONS OF RIGHTS UNDER THE IDAHO CONSUMER PROTECTION ACT. IC-48-603.

43) The act prohibits any act or practices which is otherwise misleading, false or deceptive to the consumer.

44) The act prohibits engaging in any unconscionable method, act or practice in the conduct of trade or commerce.

45) Sony has faced multiple lawsuits across the globe with allegations of the company's anti-consumer practices including lawsuits from the Federal Trade Commission and the Australian government for "Sony giving false and misleading information to their customers about their rights in relation to games sold via its PlayStation store," or "falsely advertising and misleading claims about products and services."

46) Sony has also faced private suits for selling defective digital content and the non-refund policy for them, for removing digital content purchased on the PlayStation store without customers getting an explanation, for removing features on their devices, and for mishandling customer's information due to substandard and ineffective electronic security measures.

47) Sony has not deviated from the norm with Mendez when the company removed his devices from the account along with most of his digital content on October 2020.   It is not clear if the removal was done on purpose or due to substandard software with the update, but Sony did not offer an explanation, nor have they restored the content.   It's unclear if Sony backs up purchased content by customers.  Furthermore, Sony refused to provide Mendez with invoices.

### B) FRAUD.  IC-5-518.

8

48) Mendez has over the years paid and purchased digital content from the PlayStation store with the expectation that it would be available on the account for download at any time.

49) Sony PlayStation has not disclosed at the time of purchase that the content could be removed at any time without notice.

50) Sony has not provided a legitimate reason for removing the purchased digital content, nor have they ever restored the content.

51) Sony clearly indicated on the company email sent to different gaming sites that "customers will still be able to access all their previously purchased PS3, PSP or PS Vita content as before." The update will not impact the content already purchased by customers.

52) Consumer rights and guarantees do not expire after digital content is purchased or download on the PlayStation store.

53) Amazon or other retailers would not be able to go to customers home to take back physical copies of purchased games/DVD's from their galleries and the same reasoning applies to purchased digital content on the PlayStation store.

## C) UNJUST ENRICHMENT.

54) Mendez has over the years paid and purchased digital content from the PlayStation store with the expectation that it would be available on the account for download at any time.

55) Sony PlayStation customers like Mendez have paid for Sony's digital product and the service of an account to serve as a gallery.

56) Sony PlayStation has not disclosed at the time of purchase that the content could be removed at any time from the digital game gallery without notice.

57) Sony has not provided a legitimate reason for removing the purchased digital content, nor have they restored the content.

58) Sony has received significant compensation from Mendez for their digital product/service but now Sony is not providing access to the product/service.

## D) BREACH OF CONTRACT/IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING.

59) Sometime at the start of October 2020, Sony PlayStation sent an email to different gaming websites informing them about changes to the PlayStation store. Sony did not give such notice to every person registered on their system with having an account. Sony clearly indicated that the changes would have no impact to digital content already purchased by consumers, and "you will still be able to access all your previously purchased PS3, PSP or PS Vita content as before."

60) Consumer rights and guarantees do not expire after digital content is purchased or download on the PlayStation store.

61) Mendez has over the years paid and purchased digital content from the PlayStation store with the expectation that it would be available on the account for download at any time.

62) Sony PlayStation customers like Mendez have paid for Sony's digital product and the service of an account to serve as a gallery.

63) Sony PlayStation has not disclosed at the time of purchase that the content could be removed at any time from the digital game gallery without notice.

64) Sony has not provided a legitimate reason for removing the purchased digital content, nor have they restored the content.

65) Mendez in good faith attempted to resolve the matter thru BBB mediation. Sony refused to provide a resolution.

66) Mendez finally was able to reach an agent via Sony's chat support. The agent did not know why the content was removed, refused to restore the content, and refused to provide invoices. Mendez did as instructed by Sony only to be told that there is no resolution.

67) The contract hinges on customers seeing the benefit of being able to access their digital content but after 3 years Sony has repudiated the contract.

**F) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.**

68) Sony persistent abusive anti-consumer practices would be deemed outrageous by most members of the community given the fact that no amount of lawsuits seem to have deterred such conduct.

69) Mendez has over the years paid and purchased digital content from the PlayStation store with the expectation that it would be available on the account for download at any time.

70) Sony PlayStation has not disclosed at the time of purchase that the content could be removed at any time without notice.

71) Sony has not provided a legitimate reason for removing the purchased digital content, nor have they restored the content.

72) Mendez digital content includes some older/collective tittles that with time have become more expensive or just no longer available. The digital version is/was cheaper than the physical version that can go as high as $1000 or more. Sony has removed those titles with the additional value of being collectibles/rare to find.

73) Mendez has suffered 3 years of increased stress and anxiety at being denied access to his purchased content.

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 (b) of the Federal Rules of Civil Procedure, Mendez hereby demands a trial by jury on all issues properly triable to a jury in this action.

## **PRAYER FOR RELIEF**

WHEREFORE, Mr. Mendez requests judgment against the corporation as follows:

1. Order Sony to restore all of Mendez 580 purchased digital content back on his account.

2. Order Sony to provide Mendez with copies of all his invoices.

3. Order Sony to establish safeguards to protect customer's information and purchased products.

4. Award Mendez compensatory and punitive damages for the violation of his rights under the Idaho Consumer Protection Act.  IC 48-603.

5. Award Mendez compensatory and punitive damages for breach of implied covenant of good faith and fair dealing and breach of contract.

6. Award Mendez compensatory and punitive damages for Defendant's intentional infliction of emotional distress.

7. Award Mendez compensatory and punitive damages for Defendant's fraudulent conduct.

9. Award Mendez the costs of this action, including reasonable attorney' fees should he retain one in the future.

10. Award Mendez such other and further legal and equitable relief as the Court deems just and proper.

DATED:  July 19, 2023

*/s/ Raul Mendez*
Raul Mendez