UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RAUL MENDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC,<br><br>    Defendant. | Case No. 1:23-cv-00333-DCN<br><br>**JUDGMENT** |

In accordance with the Court's Memorandum Decision and Order entered concurrently herewith,

IT IS HEREBY ORDERED that this case is DISMISSED with PREJUDICE and CLOSED.

DATED: December 18, 2023

David C. Nye
Chief U.S. District Court Judge